

*Frank A. Bellucci* for appellant.

*Isadore Dicker* and *David M. Zap* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of BERTHA HAAS, Appellant, against INCORPORATED VILLAGE OF CEDARHURST, Respondent.

Argued November 17, 1948; decided December 2, 1948.

*Jerome D. Oltarsh* and *Sylvia D. Frankel* for appellant.
*George J. Conway* and *George A. Garvey* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

ROMONA S. KLEINMAN, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued October 22, 1948; decided December 2, 1948.